UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**13 CV 2037**

Mr. Reginald Cletis Wiggins
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Detective Vega, Shield # 5137
Tax # 935916, Other Detectives of
the 119th Street 25th Precinct
within the N.B.M.N -

The New York City Police Department, Corporation, Agencies.
_____

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

MAR 26 2013
PRO SE OFFICE

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name  Mr. Reginald Wiggins
            ID #  349-12-11511
            Current Institution  R.N.D.C.  Rikers Island
            Address  11-11 Hazen Street
                     East Elmhurst, N.Y. 11370

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name  Dectective Vega                  Shield # 5137
                  Where Currently Employed  119th Street 25th Pct. N.B.M.N
                  Address  _____

Rev. 05/2010                              1

Defendant No. 2    Name JOHN DOE                      Shield # UNKNOWN
                   Where Currently Employed 25th Pct.
                   Address

Defendant No. 3    Name JOHN DOE                      Shield # UNKNOWN
                   Where Currently Employed 25 pct
                   Address

Defendant No. 4    Name JOHN DOE                      Shield # UNKNOWN
                   Where Currently Employed 25 pct
                   Address

Defendant No. 5    Name New York City Police Dept, Corp, AGENCIES,  Shield #
                   Where Currently Employed
                   Address

II.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?
     119th Street 25th Precinct

B.   Where in the institution did the events giving rise to your claim(s) occur?
     INSIDE AND OUTSIDE OF THE CELL SEARCH AREAS, Also inside the Dectives Transportation vehicle going to 100 centre street.

C.   What date and approximate time did the events giving rise to your claim(s) occur?
     July 6th 2012, 1pm to 5pm, I really cant recall the exact time they battered me in the precient.

D. Facts:

**What happened to you?** I WAS ASSAULTED AND BATTERED BY NARCOTIC DETECTIVES OF THE 119th STREET 25th PCT in EAST HARLEM New York City

**Who did what?** DETECTIVE VEGA #5137 AND UNKNOWN NARCOTIC DETECTIVES COMMITTED ASSAULT AND BATTERY AGAINST me. OFFICER VEGA #5137 SLAMMED TO the floor AND put His fingers on my Rectum, THEN HE AND OTHER Officers HANDCUFF me REALLY tight & HANDCUFF me to the Cell BARS AND HANDCUFF me BACKWARDS TO TRANSPORT to Bookings (A Punishment they said)

**Was anyone else involved?** The other Detectives, I Don't Know their name or SHIELD NUMBERS who helped Officer VEGA ASSAULT AND BATTER me in the Precinct.

**Who else saw what happened?** Other prisoners who were arrested that DAY. Also a Young prisoner in the Transportation Vehicle that TOOK US to 100 Centre St. HE wipe my face cause I WAS SO HOT AND SWEATING from being HANDCUFFED BACKWARDS!!

III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. my Rectum WAS HURTING AND Bleeding AND my BACK AND neck Hurted from being Slammed on the Floor! my WRIST were busted open AND Bleeding From being HANDCUFF. MY injuries will LAST IN MY BODY AND MIND forever. I DIDNT GET medical TREATMENT CAUSE They told me to Keep QUIET AT Bellvue Hospital AND I would GO Home From the court. So I didnt report it to the Doctors.

IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ⊘   No ⊘  NO ✓

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). __119TH STREET 25th Pct.__

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____ No ____ Do Not Know ✓

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____ No ____ Do Not Know ✓

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____ No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____ No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? _____

1. Which claim(s) in this complaint did you grieve? _____

2. What was the result, if any? _____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: _____

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: _____

_____

_____

_____

_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

_____

_____

_____

_____

_____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I WOULD LIKE FOR THE COURT TO SEEK JUSTICE FOR ME, AND TO MAKE SURE THE NARCOTIC OFFICER VEGA #5137 AND OTHER OFFICERS WHO WERE INVOLVED DO NOT COMMIT SUCH A BAD ACT TO ANYONE ELSE ARRESTED FOR A CRIME IN THIER PRECIENT.

IM ASKING TO BE COMPENSATED FOR 50,000 FOR MY BATTERY, MENTAL ANGUISH, PAIN & SUFFERY FOR MY BACK, RECTUM, MY PERMENANT SCARRING ON MY WRIST FROM THE HANDCUFFS, AND OTHER VIOLATIONS AGAINST MY PERSON CAUSE I SUFFER FROM ONGOING NIGHTMARES AND DEPRESSION. ThankYou

VI. Previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓   No ___

On these claims

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff __Mr. Reginald Wiggins__

Defendants __Detective Vega, Other Detectives, City of New York Police__

2. Court (if federal court, name the district; if state court, name the county) __New York City Comptroller Office, Unknown - Corporation__

3. Docket or Index number __Unknown__

4. Name of Judge assigned to your case __Unknown__

5. Approximate date of filing lawsuit __August 18th 2012__

6. Is the case still pending? Yes ✓ No ___

If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) __Unknown__

<div style="border:1px solid">On other claims</div>

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment? Yes ___ No ✓

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ___ No ___

If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 13 day of MARCH, 2013

Signature of Plaintiff  Mr. Reginald Cletis Wiggins
Inmate Number  # 349-12-11511
Institution Address  11-11 HAZEN STREET
EAST ELMHURST N.Y 11370
(RNDC)

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 13 day of MARCH, 2013 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: Mr. Reginald C. Wiggins

Rev 05/2010

7

CITY OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------

MR. REGINALD WIGGINS PLAINTIFF,

    -against-

THE CITY OF NEW YORK

                   RESPONDENT
---------------------------------------

NOTICE OF INTENTION TO FILE CLAIM

TO:   THE CORPORATION COUNSEL OF THE CITY OF NEW YORK:

PLEASE TAKE NOTICE, that the undersigned Claimant Mr. REGINALD WIGGINS, intends to file a claim against the City of New York, pursuant to Section 10 and 11 of the Court of Claims Act.

The Post Office address of the Claimant here in is:

For the time being I am representing myself:

    Place of Incident and Address: 25th PRECINCT
    120 EAST 119th ST.     (N.B, M.N.)
    (212) 860-6511

    Date of Incident: JULY 6th 2012

    The nature of the Claim is as follows: "ATTACHED"

Date: AUGUST 18th 2012

                             Mr. Reginald C. Wiggins
                             CLAIMANT

RECEIVED MAR 26 2013 PRO SE OFFICE